UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRENDAN D. BOHANNAN** | **CIVIL ACTION NO. 19-1476-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **CAPTAIN CAUSEY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims regarding his dismissal from SHISAP, protective custody classification, transfer, property, threats, retaliation, and his conclusory claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and his claims occurring after November 13, 2019 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary compensation and injunctive relief for his allegedly unconstitutional disciplinary board conviction and sentence and parole revocation be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the *Heck* conditions are met.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the \_\_\_\_ day of March 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE